# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 31, 2011 |
| Court Reporter: Gwen Daniel | Time: 58 minutes |
| Probation Officer: Lisa Pence | Interpreter: n/a |

**CASE NO.  10-CR-00363-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Linda Kaufman |
| Plaintiff, | |
| vs. | |
| **DAVID VUKOVINSKY,** | Jeffrey Edelman |
| Defendant. | |

## SENTENCING

**1:31 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses Government's objections to the presentence investigation report.

Page Two
10-CR-00363-PAB
March 31, 2011

**Government's Motion for Downward Departure Pursuant to 5K1.1 and for Variance from Sentence (Doc #16), filed 2/14/11.**

Comments by Ms. Kaufman in support of Government's motion.  Questions by the Court.

Comments by Mr. Edelman.

**Defendant's Motion for None-Guideline Sentence (Doc #24), filed 3/29/11.**

Argument by Ms. Kaufman and comments addressing sentencing.

Argument by Mr. Edelman and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 and for Variance from Sentence (Doc #16), filed 2/14/11, is **DENIED.**

**ORDERED:**   Defendant's Motion for None-Guideline Sentence (Doc #24), filed 3/29/11, is **DENIED**.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **July 15, 2010** to count **1 of the Information.**

**ORDERED:**   Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:**   Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:**   Defendant shall be **imprisoned** for **12** months and **one** day.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

Page Three
10-CR-00363-PAB
March 31, 2011

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the periodic payment obligations imposed pursuant to the Court's judgment and sentence.
- (**X**) As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.
- (**X**) Any employment for the defendant shall be approved in advance by the supervising probation officer.
- (**X**) The **special assessment and restitution** obligation are due immediately. Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

Page Four
10-CR-00363-PAB
March 31, 2011

**ORDERED:**   Defendant shall make **restitution** as stated in the Presentence Investigation Report as follows:

   Jointly and severally between David Vukovinsky, 10-CR-00363-PAB, Cedric Lipsey, 09-CR-00387-PAB-01, and Philip A. Martinez, 09-CR-00387-PAB-02

**ORDERED:**   Interest on restitution is **WAIVED.**

**ORDERED:**   Defendant may surrender voluntarily as follows: Report to the designated institution **within 15 days from designation by the Bureau of Prisons.**

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED**:  Bond is continued.

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**2:29 p.m.**     **COURT IN RECESS**

**Total in court time:**         58 minutes

**Hearing concluded**